IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WENDALL JERMAINE HALL,

    Plaintiff,

v.                                CASE NO. 4:12cv315-RH/CAS

KENNETH TUCKER,

    Defendant.

_____/

### ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 4, and the objections, ECF No. 5  I have reviewed *de novo* the issues raised by the objections.

As noted in the report and recommendation, the plaintiff has at least three "strikes" under 28 U.S.C. § 1915(g). He thus can proceed *in forma pauperis*—as he seeks to do—only on a claim that he is in imminent danger of serious physical injury. The plaintiff makes the conclusory assertion that he is in imminent danger, but he has alleged no *facts* supporting the assertion.

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is dismissed without prejudice." The clerk must close the file.

SO ORDERED on July 29, 2012.

s/Robert L. Hinkle
United States District Judge